Appendix A

United States Courts
Southern District of Texas
FILED

APR 03 2017

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_Houston_ DIVISION

_Lawrence Dickerson_

versus

_Kellogg Brown and Root_

CIVIL ACTION NO. _17 CV 1018_

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This action is brought under Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred by Title 42 United States Code, Section § 2000e-5.

2. The Plaintiff is: _Lawrence D Dickerson_

   Address: _8643 Candy St_
   _Houston, TX 77029_

   County of Residence: _Harris County_

3. The defendant is: _Kellogg Brown and Root_

   Address: _601 Jefferson St._
   _Houston, TX 77002_

☐ Check here if there are additional defendants. List them on a separate sheet of paper with their complete addresses. _N/A_

4. The plaintiff has attached to this complaint a copy of the charges filed on _____ with the Equal Opportunity Commission.

5. On the date of _04 Jan 17_, the plaintiff received a Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission; a copy is attached.

6.  Because of the plaintiff's:

    (a) ☑ race

    (b) ☐ color

    (c) ☐ sex

    (d) ☐ religion

    (e) ☐ national orgin,

    the defendant has:

    (a) ☐ failed to employ the plaintiff

    (b) ☐ terminated the plaintiff's employment

    (c) ☐ failed to promote the plaintiff

    (d) ☑ other: • Wrongfully terminated in Reduction In force
    • Failed to take action when notified about discrimination, • Promoted at a slower rate than caucasion counterparts who graduated from non-HBCU's
    • Compensated at a significantly lower pay rate than caucasion counterparts

7.  When and how the defendant has discriminated against the plaintiff:

    • Most recently the final 2-3 years of employment
    • By dismissing claims of discrimination, Breaking confidential trust, inconsistent claims of plaintiff's work performance, wrongful termination in Reduction in force, Misleading info of Plaintiff's work performance to 3rd party

8.  The plaintiff requests that the defendant be ordered:

    (a) ☐ to stop discriminating against the plaintiff

    (b) ☐ to employ the plaintiff

    (c) ☐ to re-employ the plaintiff

    (d) ☐ to promote the plaintiff

    (e) ☑ to compensate the plaintiff for:
    - years of lower pay rate versus caucasion counterparts
    - wrongful termination via reduction in force
    - pain & suffering

(e) ☐ to _____

_____

_____ and that;

(f) ☑ the Court grant other relief, including injunctions, damages, costs and attorney's fees.

_____
(Signature of Plaintiff)

Address: 8643 Candy St
Houston, TX 77029

Telephone: 713-582-3629